United States Courts
Southern District of Texas
FILED
*December 03, 2025*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America
v.
KELLI DIANN AUSTIN

)
)
)
)
)
)
)

Case No. **25 MAG 3441**

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **KELLI DIANN AUSTIN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud (18 U.S.C. Sec. 1349) and wire fraud (18 U.S.C. Sec. 1343)

Date: 10/29/2025

*Issuing officer's signature*

City and state: New York, NY

Hon. Barbara Moses, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/29/25, and the person was arrested on *(date)* 12/2/25
at *(city and state)* Houston, TX.

Date: 12/3/25

*Arresting officer's signature*

Zachary Snyder FBI
*Printed name and title*