UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KELLI DIANN AUSTIN,<br><br>Defendant. | **Affirmation in Support of Application for Order of Continuance**<br><br>25 Mag. 3441 |

State of New York            )
County of New York          : ss.:
Southern District of New York )

  Angela Zhu, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

  1. I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

  2. The defendant was charged in a complaint dated October 29, 2025, with violations of 18 U.S.C. §§ 1349 and 1343. The defendant was arrested on December 2, 2025, and was presented in the Southern District of Texas before Magistrate Judge Christina A. Bryan on December 3, 2025, pursuant to Fed. R. Crim. P. 5(c)(3), at which proceeding the defendant was represented by Devin Prater, Esq., and ordered released on bail with certain conditions.

  3. At the presentment on December 3, 2025, a preliminary hearing was not scheduled in the Southern District of Texas, after defense counsel moved for any preliminary hearing to be conducted in the Southern District of New York. KELLI DIANN AUSTIN, the defendant, was

then taken into custody on a Texas state warrant unrelated to the instant case and subsequently detained. Under the Speedy Trial Act, the Government has until January 2, 2026, within which to file an indictment or information for the charges contained in the Complaint. *See* 18 U.S.C. § 3161(b).

4. Patrick Morris, Esq., who presently represents KELLI DIANN AUSTIN, the defendant, in the Southern District of New York, and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before January 2, 2026.

5. Therefore, the Government requests a 30-day continuance until February 2, 2026, to continue the foregoing discussions toward resolving this matter. On December 29, 2025, I personally corresponded with Mr. Morris, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to February 2, 2026, and has specifically consented to this request.

6. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
December 30, 2025

_____
Angela Zhu
Assistant United States Attorney
(212) 637-1027