# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25 MAG. 3441 |
| Kelli Diann Austin | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kelli Diann Austin                .

Date:  01/21/2026                              /s/ Patrick Ryan Morris
                                                              *Attorney's signature*

                                                      Patrick Ryan Morris
                                                *Printed name and bar number*
                                                   305 Broadway Suite 777
                                                      New York, NY 10007

                                                              *Address*

                                                  prm@patrickmorrislaw.com
                                                         *E-mail address*

                                                          (917) 621-1110
                                                        *Telephone number*

                                                          (917) 970-8446
                                                            *FAX number*