

**MORRIS LEGAL CORP**.
305 Broadway, Suite 777
New York, New York 10007
T +1 (917) 905 – 9804
F +1 (917) 970 – 8446
www.morrislegal-pc.com

February 17, 2026

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

  **Re:** *United States v. Kelli Diann Austin*
    Case No. 25 MAG 3441
    Request for Extension of Time to Comply with Conditions of Release

Dear Judge Netburn:

I am counsel for Defendant Kelli Diann Austin in the above-captioned matter. I write respectfully to request a brief extension of time, to Monday, March 2, 2026 at 5:00 PM, to comply with certain conditions set forth in the Appearance Bond and Order Setting Conditions of Release entered on January 27, 2026.

As set forth in the Order, Ms. Austin was given two weeks from the date of her release to identify a financially responsible person ("FRP") to co-sign her $50,000 unsecured appearance bond. That deadline falls on or about February 10, 2026. Ms. Austin has identified an FRP; however, she is currently awaiting the presentation of the required bank statements necessary to complete the co-signing process. A brief extension is needed to allow for the gathering and submission of the requisite financial documentation.

Ms. Austin anticipates that the bank statements will be obtained and the FRP co-signing process will be completed well in advance of the requested extension date. In the interim, Ms. Austin continues to comply with all other conditions of her release, including reporting to Pretrial Services as directed, abiding by travel restrictions, and observing the no-contact provisions of the Order. Additionally, Ms. Austin's expired passport—her only passport—is currently in the possession of undersigned counsel and is being transmitted to Pretrial Services Officer Steve Boose via USPS overnight mail.

Counsel has conferred with Assistant United States Attorney Angela Zhu and Steve Boose, LMSW, United States Pretrial Services Officer, and neither objects to the requested extension.

For the foregoing reasons, Ms. Austin respectfully requests that the Court extend the deadline to secure the FRP co-signer and submit the required financial documentation to Monday, March 2, 2026, at 5:00 PM.

Thank you for Your Honor's consideration of this application.

Respectfully submitted,


**/s/ Patrick Ryan Morris**
Attorney for Defendant Kelli Diann Austin


*cc:*     Angela Zhu, Assistant United States Attorney
          Steve Boose, LMSW, U.S. Pretrial Services Officer